LAW OFFICES OF
# FREDERICK L. SOSINSKY
45 BROADWAY, SUITE 3010
NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270
TELECOPIER (212) 248-0999
EMAIL: FredS@newyork-criminaldefense.com

July 30, 2020

BY ECF
Hon. Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Constantine Vases, et al.
         Mag. No 20-106 (RLM)

Dear Magistrate Judge Levy:

  I represent Constantine Vases, the defendant in the above-captioned matter. I am writing to respectfully request that Your Honor modify the conditions of Mr. Vases' appearance bond so as to permit him to (1) travel throughout New York, New Jersey and Connecticut; and (2) travel with his family to the Kelly House hotel in Edgarton, MA from August 20-25, 2020. An itinerary for this trip has been provided to Pretrial Services.

  I have conferred with both Pretrial Services Officer Mallori Brady and AUSA Josh Hafetz who have no objections to this modification of Mr. Vases' bond.

  Thank you for your consideration.

                Respectfully submitted,

                Frederick L. Sosinsky

FLS:bms